**LITTLER MENDELSON, P.C.**
I. Michael Kessel
One Newark Center, 8th Floor
Newark, New Jersey 07102
(973) 848-4700
Attorneys for Defendant Benedon Property
 Management LLC

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARINA PALITSKY,<br><br>Plaintiff,<br><br>vs.<br><br>KISHAN DONUTS, INC., a New Jersey corporation d/b/a DUNKIN DONUTS, and BENEDON PROPERTY MANAGEMENT LLC, a New Jersey corporation,<br><br>Defendants. | Civ. No.: 2:16-CV-04156 (SDW)(LDW)<br><br>**ORDER DISMISSING PLAINTIFF'S AMENDED COMPLAINT WITH PREJUDICE**<br><br>(Document Electronically Filed) |

IT IS HEREBY STIPULATED AND AGREED by and between Kishan Donuts, Inc., the attorneys for Plaintiff Marina Palitsky, and the attorneys for Defendant Benedon Property Management LLC that Plaintiff hereby dismisses all claims against both Defendants with prejudice, the parties to bear their own costs and attorneys' fees.

By: _____
Robert J. Mirel, Esq.
The Weitz Law Firm, P.A.
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
(305) 949-7777
Attorney for Plaintiff

Dated: _____, 2017

By: _____
I. Michael Kessel, Esq.
LITTLER MENDELSON, P.C.
One Newark Center, 8th Floor
Newark, New Jersey 07102
(973) 848-4754
Attorneys for Defendants

Dated: _____, 2017

By: _____
Hetal Patel on Behalf of
Kishan Donuts, Inc.

Dated: _____04/04_____, 2017

SO ORDERED: _____
, U.S.M.J.

DATED: _____, 2017